UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN B. CLYBURN,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Case No. 08cv788 (RJL)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that Lasagne A. Wilhite of Reed Smith LLP, located at 1301 K Street, NW, Suite 1100 – East Tower, Washington, DC 20005, hereby enters her appearance as counsel of record for Defendant John B. Clyburn.

Dated: May 28, 2008

                                        Respectfully submitted,

                                        REED SMITH LLP

                                        By: _/s/ Lasagne A. Wilhite_
                                            Lasagne A. Wilhite
                                            DC Bar No. 475438
                                            1301 K Street, NW
                                            Suite 1100 – East Tower
                                            Washington, DC 20005
                                            T: 202/414-9200
                                            F: 202/414-9299

                                        **Counsel for Defendant John B. Clyburn**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2008, I filed electronically the foregoing Notice of Appearance with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF system.

/s/ *Lasagne A. Wilhite*
Lasagne A. Wilhite