IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 08cv788 (RJL) |
| | ) | |
| JOHN B. CLYBURN | ) | |
| 2711 Unicorn Ln NW | ) | |
| Washington, D.C. 20015, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED COMPLAINT FOR FEDERAL TAXES**

PLAINTIFF, the United States of America, complains as follows:

1. This is a civil action in which the United States seeks to reduce to judgment a federal trust fund recovery penalty assessed against defendant John B. Clyburn (the "Taxpayer").

JURISDICTION & VENUE

2. The Chief Counsel for the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, authorized and requested this action, and it is brought at the direction of the Attorney General of the United States under the authority of 26 U.S.C. §§ 7401 and 7403.

3. Jurisdiction for this action is conferred on the Court by 28 U.S.C. §§ 1340 and 1345 and by 26 U.S.C. §§ 7402 and 7403.

4. Venue is proper in this district by virtue of 28 U.S.C. §§ 1391(b) and 1396.

3511061.1

PARTIES

5.  Plaintiff is the United States of America.

6.  Defendant John B. Clyburn resides at 2711 Unicorn Ln NW, Washington, D.C. 20015, within the jurisdiction of this Court.

CLAIM FOR RELIEF

7.  The United States incorporates by reference the allegations set forth in paragraphs 1 through 6, above.

8.  On June 24, 1996, a delegate of the Secretary of the Treasury of the United States, pursuant to 26 U.S.C. § 6672, assessed against John B. Clyburn a trust fund recovery penalty in the amount of $ 480,745.62, representing income and employment taxes that were required to be collected, accounted for, and paid over to the United States from the wages paid to the employees of JMC Associates, Inc., during the four quarters of 1995 and the first quarter of 1996.

9.  Notices and demands for payment of the assessment were given to the Taxpayer in accordance with 26 U.S.C. § 6303.

10.  Statutory additions for interest have accrued and will continue to accrue on the assessment.

11.  The Taxpayer has failed to pay the United States the full amount owed as a result of the assessment.

3511061.1

12.  By reason of the foregoing, the Taxpayer is indebted to the United States for a trust fund recovery penalty in the amount of $ 453,790.98, plus interest accruing thereon according to law.

WHEREFORE, plaintiff, the United States of America, prays as follows:

A.  That this Court order and adjudge that defendant, John B. Clyburn, is indebted to the United States in the amount of $ 453,790.98, plus interest accruing thereon according to law

B.  That the Court award the United States its costs of prosecuting this action; and

C.  That the Court award such other and further relief as may be deemed just and proper under the circumstances.

Date: August 14, 2008.

/s/ Michael J. Martineau

_____
MICHAEL J. MARTINEAU
DUSTON K. BARTON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-6483
michael.j.martineau@usdoj.gov
duston.barton@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

3511061.1